1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

9
10
11

JEFFREY V. DAGENHART and SANDRA
DAGENHART, husband and wife and the
marital community comprised thereof,

Plaintiffs,

12        v.

13
14

WALMART, INC., a Delaware corporation,

Defendant.

NO.

(KITSAP COUNTY SUPERIOR COURT
CAUSE NO. 21-2-01849-18)

NOTICE OF REMOVAL BY
DEFENDANT WALMART INC.

*(CLERK'S ACTION REQUIRED)*

15    TO:            CLERK OF THE COURT;

16    AND TO:       PLAINTIFFS' COUNSEL OF RECORD

17                        I. RELIEF REQUESTED

18        Defendant WALMART INC. ("Walmart") seeks to remove the above-captioned case

19    from Kitsap County Superior Court in Washington State to the United States District Court for

20    the Western District of Washington at Tacoma under 28 U.S.C. §§ 1332, 1441, and 1446.

21                        II. STATEMENT OF FACTS

22        1.   Underlying Incident

23        Plaintiffs JEFFREY V. DAGENHART and SANDRA DAGENHART (collectively,

24    "Plaintiffs") allege that on March 2, 2019, they were shopping at a Walmart store located in

25    Poulsbo, Washington, when Mr. Dagenhart was injured by a shelf-stocking cart. *See*

NOTICE OF REMOVAL TO FEDERAL COURT BY DEFENDANT
WALMART INC. - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7518048.1

1  Declaration of Eddy Silverman, attached hereto as **Exhibit A**; *see also* Summons, Complaint,

2  and Confirmation of Service, attached hereto as **Exhibit B**.

3      2.  <u>Relevant Procedural Facts</u>

4         Plaintiffs filed a Complaint in the Superior Court of Washington for Kitsap County on

5  December 9, 2021 and served Walmart on December 17, 2021.  *See* Ex. B.

6         Walmart served its RCW 4.28.360 Request for Statement of Damages ("RSD") on

7  Plaintiffs on December 16, 2021 and received Plaintiffs' response thereto on December 23,

8  2021.  *See* Plaintiffs' response to Walmart's RSD, attached hereto as **Exhibit C**.  In their

9  response, Plaintiffs indicated special damages in excess of $35,000 and general damages in the

10  amount of $1,000,000.  *Id.*

11  III. <u>STATEMENT OF ISSUE</u>

12         Whether this case may be properly removed to federal court where there is total

13  diversity between the parties and the amount in controversy is in excess of $75,000 exclusive

14  of interest and costs according to Plaintiffs' response to Walmart's RSD.

15  IV. <u>EVIDENCE RELIED UPON</u>

16         This motion is based upon the records and pleadings on file with the Court, as well as

17  the Declaration of Eddy Silverman, Esq., attached hereto as Exhibit A.

18  V. <u>ARGUMENT</u>

19  A.  <u>This Case Is Removable Under 28 U.S.C. § 1332, Through Which This Court Has Original

20      Jurisdiction Over the Lawsuit Filed by Plaintiffs in Kitsap County Superior Court</u>

21         The district courts shall have original jurisdiction of all civil actions (1) where the

22  parties in the case are diverse as defined by 28 U.S.C. § 1332(a)(1)-(4); (2) where the amount

23  in controversy exceeds the sum or value of $75,000 exclusive of interest and costs; and (3)

24  where removal is timely.  The amount in controversy can either be evident "on the face" of the

25  Complaint or ascertained via some later pleading(s) or "other paper" in the record of the state

NOTICE OF REMOVAL TO FEDERAL COURT BY DEFENDANT
WALMART INC. - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1    court proceeding.  *See* 28 U.S.C. § 1446(b)(3); *see also Harris v. Bankers Life and Cas. Co.*,

2    425 F.3d 689 (2005).

3        When and how removability is "ascertainable" matters with respect to whether removal

4    is timely under 28 U.S.C. § 1446.  There are, generally speaking, two viable "removal

5    periods."  *See Harris*, 425 F.3d at 694.  [1] A defendant has 30 days to remove a case if the

6    removability of the case is evident on the face of the complaint; or [2] a defendant has 30 days

7    beyond some later period from which it first becomes ascertainable that the case is removable.

8    *See id.*  ("[T]he first thirty-day requirement [to remove] is triggered by defendant's receipt of

9    an 'initial pleading' that reveals a basis for removal.  If no ground for removal is evident in that

10   pleading, the case is 'not removable' at that stage.  In such case, the notice of removal may be

11   filed within thirty days after the defendant receives ['other paper'] from which it can

12   ascertained…that removal is proper.") (citations omitted).

13       In this case, (1) diversity between the parties is evident on the face of the Complaint;

14   (2) the fact that the amount in controversy exceeds the sum or value of $75,000 exclusive of

15   interest and costs was not evident on the face of the Complaint, but *is now* evident from

16   Plaintiffs' response to Walmart's RSD; and (3) Walmart is filing this Notice of Removal within

17   30 days of service of receiving Plaintiffs' aforementioned RSD response and therefore this

18   Notice is timely and this case may be properly removed under 28 U.S.C. §§ 1446(b) and 1332.

19       1.   <u>There Is Diversity Between the Parties</u>

20       Per the Complaint, Plaintiffs are all residents of Kitsap County, Washington.  *See* Ex. B

21   at ¶1.1.  Thus, Plaintiffs are "citizens of" Washington State.  Walmart is (a) incorporated in

22   Delaware and (b) its principal place of business is in Arkansas.  Thus, Walmart is "a citizen of"

23   either Delaware or Arkansas, but <u>not</u> Washington State.  *Accord* 28 U.S.C. § 1332(c)(1).

24   Based on the foregoing, there is diversity between these parties as described in 28 U.S.C. §

25   1332(a)(1).

NOTICE OF REMOVAL TO FEDERAL COURT BY DEFENDANT
WALMART INC. - 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7518048.1

2.  <u>The Amount in Controversy Exceeds the Sum or Value Of $75,000</u>

Per Plaintiffs' response to Walmart's RSD, the amount in controversy in this matter is in excess of $1,035,000.  *See* Ex. C.

3.  <u>Walmart's Notice of Removal Is Timely</u>

In this matter, the case stated by the initial pleading was not removable (no specific amounts claimed in Complaint); however, Plaintiffs' response to Walmart's RSD constitutes "other paper" within the meaning of 28 U.S.C. § 1446 from which it could first be ascertained that this case is removable. As this Notice is being filed within 30 days of receipt of that response/"other paper," this Notice is timely. [1]  Additionally, even if this Court finds that the amount in controversy *is* evident on the face of the Complaint, this Notice is still timely because Plaintiffs served Walmart with the Complaint on December 17, 2021—less than 30 days prior to the date of this Notice's filing.  *See* Ex. B.

B.  <u>Walmart's Notice of Removal Complies with All Applicable Local and Federal Procedural Rules Attendant to Removal</u>

1.  <u>This Notice and Accompanying Documents Satisfy LCR 101</u>

Pursuant to LCR 101(b), in cases removed from state court, the removing defendant shall file contemporaneously with the notice of removal:

(1)  A copy of the operative complaint, which must be attached as a separate "attachment" in the electronic filing system and labeled as the "complaint" or "amended complaint."

(2)  A certificate of service which lists all counsel and pro se parties who have appeared in the action with their contact information, including email address.

(3)  A copy of any Jury Demand filed in the state court, which must be filed as an attachment and labeled "Jury Demand."

---

[1] Walmart received Plaintiffs' RSD response on December 23, 2021 and is filing this Notice of Removal on January 14, 2022.

NOTICE OF REMOVAL TO FEDERAL COURT BY DEFENDANT
WALMART INC. - 4

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7518048.1

In addition to the foregoing, the removing defendant(s) shall, within 14 days of filing this Notice, or contemporaneously, file with the clerk of this Court black-on-white copies of all additional records and proceedings in the state court, together with verification that they are true and complete copies.  LCR 101(c).

Walmart has filed and/or otherwise provided true and complete copies of all of the above referenced documents as required under local rules, including copies of all records and proceedings filed in the state court proceeding being removed by virtue of this petition.  These documents/exhibits constitute and contain the entirety of the records and proceedings filed in Kitsap County Superior Court as of the date of filing this Notice. True and complete copies of all pleadings, records, and documents filed in the state court action are also attached hereto as **Exhibit D**.

    2.   <u>Both the Federal and State Courts Are on Properly Notice of This Removal Action</u>

This Notice is properly filed in the United States District Court for the Western District of Washington because this Court embraces Kitsap County, the county in which the state court action is now pending.  *See* 28 U.S.C. §§ 128(b) and 1441(a).

Pursuant to 28 U.S.C. §§ 1446(d), Walmart is filing a copy of this Notice with the Clerk of the Kitsap County Superior Court and is also serving a copy of this Notice on Plaintiffs' counsel of record in the state court action.

VI. <u>CONCLUSION</u>

Walmart hereby removes this case from the Kitsap County Superior Court to the United States District Court for the Western District of Washington at Tacoma pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.  By removing, Walmart does not waive any defenses, including but not limited to lack of personal jurisdiction, insufficiency of process, or insufficiency of service of process.

\\\

NOTICE OF REMOVAL TO FEDERAL COURT BY DEFENDANT WALMART INC. - 5

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7518048.1

1    DATED this 14th day of January, 2022.

2

3                                              WILLIAMS, KASTNER & GIBBS PLLC

4

5

6                                              _____
                                               Rodney L. Umberger, WSBA No. 24948
                                               Eddy Silverman, WSBA No. 53494
7

8                                              Two Union Square
                                               601 Union Street, Suite 4100
                                               Seattle, WA 98101-2380
9                                              Phone:  206.628.6600
                                               Fax:     206.628.6611
10                                             Email:  rumberger@williamskastner.com
                                                        esilverman@williamskastner.com
11

12                                             *Counsel for Defendant Walmart Inc.*

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF REMOVAL TO FEDERAL COURT BY DEFENDANT
WALMART INC. - 6

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7518048.1

**CERTIFICATE OF SERVICE**

1

2      The undersigned certifies under penalty of perjury under the laws of the State of

3  Washington that on the date indicated below, I caused service of a true and correct copy of the

4  foregoing document in the manner indicated below to:

5
   KITSAP LAW GROUP                          ☑  USPS
6                                            ☑  E-mail

7  David P. Horton, WSBA 27123
   KITSAP LAW GROUP
8  3212 NW Byron Street, Suite 101
   Silverdale, WA 98383
9  Tel: (360) 692-6415
   Email: dhorton@kitsaplawgroup.com
10 Lisa@kitsaplawgroup.com
   tracey@kitsaplawgroup.com
11
   ***Counsel for Plaintiffs***
12

      Signed at Seattle, Washington this 14th day of January, 2022.
13
                                        WILLIAMS, KASTNER & GIBBS PLLC
14
                                        */s/ Ryan McDade*
15                                      Ryan McDade, Legal Assistant
                                        rmcdade@williamskastner.com
16

17

18

19

20

21

22

23

24

25

NOTICE OF REMOVAL TO FEDERAL COURT BY DEFENDANT
WALMART INC. - 7

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7518048.1