UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY V. DAGENHART and SANDRA DAGENHART,<br><br>                Plaintiffs,<br><br>    v.<br><br>WALMART INC.,<br><br>                Defendant. | CASE NO. C22-5028 MJP<br><br>ORDER GRANTING IN PART THE STIPULATED MOTION TO MODIFY JURY TRIAL SCHEDULING ORDER |

    This matter comes before the Court on the Parties' Stipulated Motion to Modify Jury Trial Scheduling Order. (Dkt. No. 12.) Having reviewed the Motion and all supporting materials, the Court GRANTS in part the Motion.

    The Parties have demonstrated good cause to modify the case schedule, given the Parties' representations about their diligence to date and the need to conduct discovery after the current deadline. But the Court does not find that this justifies the requested, lengthy extensions of the deadlines for discovery motions, discovery, and dispositive motions. The Court finds that a more limited extension of these deadlines is appropriate and that further extensions of the dispositive

motion deadline would not allow the Court sufficient time to rule before trial. The Court therefore GRANTS in part the Motion and ORDERS the following new deadlines:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Reports from expert witness under FRCP 26(a)(2) | October 3, 2022 | November 17, 2022 |
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (See Local Rule 7(d)) | November 2, 2022 | December 1, 2022 |
| Discovery complete by | December 2, 2022 | January 3, 2023 |
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter (See Local Rule 7(d)) | January 3, 2022 | February 2, 2023 |

All other deadlines set in the Court's initial case schedule order remain unchanged and in full force unless modified by order of the Court. (See Dkt. No. 10.)

The clerk is ordered to provide copies of this order to all counsel.

Dated October 18, 2022.

Marsha J. Pechman
United States Senior District Judge