UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY V. DAGENHART and SANDRA DAGENHART,<br><br>               Plaintiffs,<br><br>   v.<br><br>WALMART INC.,<br><br>               Defendant. | CASE NO. C22-5028 MJP<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND ASSOCIATED DEADLINES |

This matter comes before the Court on the parties' Stipulated Motion to Continue Trial Date and All Associated Deadlines. (Dkt. No. 14.) Having reviewed the Motion and all supporting materials, the Court finds good cause and GRANTS the Motion. The Court hereby sets the following new trial date and associated deadlines, which shall continue to be subject to all other requirements set forth in the original scheduling order (Dkt. No. 10):

| Event | Existing Deadline | New Deadline |
|---|---|---|
| Jury Trial Date | May 1, 2023 | November 13, 2023 at 9:00 AM |

| Reports from expert witness under FRCP 26(a)(2) | November 17, 2022 | April 17, 2023 |
|---|---|---|
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (See Local Rule 7(d)) | December 1, 2022 | May 17, 2023 |
| Discovery complete by | January 3, 2022 | June 16, 2023 |
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter (See Local Rule 7(d)) | February 2, 2022 | July 17, 2023 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference | March 27, 2023 | October 10, 2023 |
| Agreed Pretrial order due | April 18, 2023 | October 31, 2023 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions: | April 18, 2023 | October 31, 2023 |
| Pretrial conference | April 20, 2023 | November 7, 2023 at 1:30 PM |
| Length of Jury Trial | 5 days | 5 days |

The clerk is ordered to provide copies of this order to all counsel.

Dated December 15, 2022.

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND ASSOCIATED DEADLINES - 2