UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY V. DAGENHART and SANDRA DAGENHART, husband and wife and the marital community comprised thereof,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., Delaware Corporation,,<br><br>Defendant. | NO.  3:22-cv-05028-MJP<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER |

THIS MATTER, having come before the Court on the parties Stipulated Motion to Modify Scheduling Order ("Stipulated Motion"), and the Court having considered the Stipulated Motion and reviewed the records and files herein, now hereby ORDERS, ADJUDGES and DECREES as follows:

Stipulated Motion to Modify Scheduling Order is GRANTED and the following deadlines shall be changed as indicated:

///

///

///

///

**ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER - 1**

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7765393.1
7765393.1

| Event | Existing Deadline | New Deadline |
|---|---|---|
| Discovery deadline | June 16, 2023 | **August 15, 2023** |
| Dispositive motions | July 17, 2023 | **August 21, 2023** |
| Motions in limine | October 10, 2023 | October 10, 2023 |
| Agreed Pretrial Order | October 31, 2023 | October 31, 2023 |
| Trial briefs, proposed voir dire, and proposed jury instructions | October 31, 2023 | October 31, 2023 |
| Pretrial conference | November 7, 2023 @ 1:30 PM | November 7, 2023 @ 1:30 PM |
| Length of Jury Trial | 5 days | 5 days |

All other dates provided for in the standing scheduling order would remain the same.

The Court will issue a new Scheduling Order consistent with the foregoing.

DATED this 10th day of July, 2023

*[signature]*

JUDGE MARSHA J. PECHMAN
United States Senior District Judge

**ORDER GRANTING STIPULATED MOTION TO MODIFY**
SCHEDULING ORDER - 2

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7765393.1
7765393.1